WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Stewart, | No. CV-19-03282-PHX-DJH (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Maricopa County Sheriff's Office, et al., | |
| Defendant. | |

On February 19, 2020, the Court received Defendants' Notice to the Court Regarding Plaintiff's Release from MCSO Custody (Doc. 12) effective November 25, 2019. Plaintiff has not filed a notice of change of address as of the date of the filing of this Order. The Court previously warned Plaintiff that the failure to file a notice of change of address may result in the dismissal of this action. (Doc. 8 at 3). Therefore,

**IT IS ORDERED** that by **March 17, 2020**, Plaintiff shall either (i) file a notice of change of address with the Court or (ii) show cause why this action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with the Court's Order and to prosecute this case.

Dated this 26th day of February, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge