IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Stewart,<br><br>    Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>    Defendants. | No. CV-19-03282-PHX-DJH<br><br>**ORDER** |

Before the Court is Defendants' Motion to Dismiss (Doc. 15) and Magistrate Judge Eileen S. Willett's April 30, 2020 Report and Recommendation ("R&R") (Doc. 16). In her R&R, Judge Willett recommends this Court grant Defendants' Motion to Dismiss for Plaintiff's failure to prosecute.

Despite being warned that his case would be dismissed, Plaintiff has neither updated his address with the Court nor filed an Objection to the R&R. The Court agrees with Judge Willett that Plaintiff has abandoned his case. Accordingly,

**IT IS ORDERED** that Magistrate Judge Willett's R&R (Doc. 16) is **accepted** and **adopted** as the order of this Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. 15) is **GRANTED** and the action is dismissed in its entirety, without prejudice.

///

///

///

1    **IT IS FINALLY ORDERED** directing the Clerk of Court to enter judgment
2 accordingly and terminate this action.

3    Dated this 1st day of June, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge